# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:  3:09cr6/MCR
 3:12cv538/MCR/EMT

ADAN JUAREZ
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Amended Report and Recommendation dated January 31, 2013. (Doc. 208). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Amended Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 202) is summarily **DISMISSED** as untimely.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 4th day of March, 2013.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**