# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                  Case Nos.: 3:09cr6/MCR
                                            3:12cv538/MCR/EMT

ADAN JUAREZ

## REFERRAL AND ORDER

Referred to Chief Judge Rodgers on October 28, 2013

Type of Motion/Pleading: **MOTION FOR CERTIFICATE OF APPEALABILITY**

Filed by: Defendant     on 10/4/13     Document 216

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                             on        Doc.#
                             on        Doc.#

JESSICA LYUBLANOVITS, CLERK OF COURT

/s/ *Teresa Milstead*
Deputy Clerk: Teresa Milstead

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 30th day of October, 2013, that:

The requested relief is **DENIED** as moot, as this appeal does not require a certificate of appealability. Nearly sixty days elapsed from the entry of the magistrate judge's order until Defendant filed his request. Even if his request is construed as timely, the undersigned finds that the magistrate judge's order is neither clearly erroneous nor contrary to law. Furthermore, Defendant is not excused from compliance with the procedural requirements of this court and the court of appeals. The record reflects that the Eleventh Circuit clerk of court provided Defendant with an application that he may use in moving for leave to file a successive § 2255 motion (doc. 216 at 6). Defendant should complete and submit this application if he wishes to pursue additional post-conviction claims.

                         s/ *M. Casey Rodgers*
                         **M. CASEY RODGERS**
                         **CHIEF UNITED STATES DISTRICT JUDGE**