# UNITED STATES DISTRICT COURT
## Northern District of Florida

UNITED STATES OF AMERICA

v.                                                                   Case No.: 3:09cr6-001/MCR
                                                                     USM No.: 07099-017

ADAN JUAREZ

_____/

Date of Original Judgment: _____July 22, 2009_____

Date of Previous Amended Judgment: _____N/A_____
*(Use Date of Last Amended Judgment if Any)*

## Order on Motion for Sentence Reduction

The Defendant has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).

Having considered such motion, and taking into account Amendment 782, USSG §1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the Court orders that the motion is **GRANTED** and the Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **150** months is **reduced** to **133** months, comprised of 103 months as to Courts 1, 2, and 4, each to run concurrently, and 30 months as to Count 3, to run consecutively with all other counts.

*(Complete Part I or II Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date:  5-3-2015

                                                                     *M. Casey Rodgers*
                                                                     Signature of Judge

Effective Date: Nov. 1, 2015                                         M. Casey Rodgers
*(if different from order date)*                                     Chief United States District Judge
                                                                     Printed Name and Title of Judge

Rec'd 0504'15 USDCFln 3AM 1108